In the Matter of MARY VERONICA SANTIAGO-MONTEVERDE, Debtor.

MARY VERONICA SANTIAGO-MONTEVERDE, Appellant, v JOHN S. PEREIRA, Chapter 7 Trustee, Respondent.

Decided May 13, 2014

*See* 747 F3d 153.

Certification of a question by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT, RIVERA and ABDUS-SALAAM.

PHILIP SELDON, Appellant, v CHEYENNE CROW et al., Respondents.

Submitted April 7, 2014; decided May 13, 2014

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument or leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution; motion, insofar as it seeks leave to appeal from the Appellate Division order of affirmance, denied.

In the Matter of SETH G. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; WILLIAM S., Appellant.

Submitted April 7, 2014; decided May 13, 2014

Motion for leave to appeal dismissed as untimely. The prior motion made at the Appellate Division for leave to appeal was untimely (*see* Arthur Karger, Powers of the New York Court of Appeals § 12:3 at 436-437 [3d ed rev 2005]).